# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Felix A. DeMuro, Jr. | |
|       Debtor | |
| | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | |
|       Movant | |
| vs. | |
| Felix A. DeMuro, Jr. | NO. 18-13654 JKF |
|       Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PENNSYLVANIA HOUSING FINANCE AGENCY to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 19, 2018 (Document No. 13).

                                      Respectfully submitted,

                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      Attorney for Movant
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322

September 11, 2018