**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Felix A. DeMuro, Jr. | : | |
| Debtor | : | Bankruptcy No.  18-13654 |

# ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $4,000.00 is ALLOWED, and the Standing Trustee shall disburse $3,850.00 in legal fees and $13.00 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated:                          ___/___/18      _____
                                                United States Bankruptcy Judge

**Date: October 17, 2018**

cc:

Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Felix A. DeMuro, Jr.
1601 Worrell Street
Philadelphia, PA 19124

William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119