United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felix A DeMuro, Jr.  
     Debtor

Case No. 18-13654-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db          +Felix A DeMuro, Jr.,    1601 Worrell Street,    Philadelphia, PA 19124-4425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
         LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,  
           dmaurer@pkh.com;mgutshall@pkh.com  
         MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Felix A DeMuro, Jr. ecfbc@comcast.net  
         REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
           bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                                                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                   :         Chapter 13
    Felix A. DeMuro, Jr.                                       :
        Debtor                                               :         Bankruptcy No.  18-13654

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $4,000.00 is ALLOWED, and the Standing Trustee shall disburse $3,850.00 in legal fees and $13.00 in costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated:                             ___/___/18      _____
                                                                   United States Bankruptcy Judge

**Date: October 17, 2018**

cc:

Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

Felix A. DeMuro, Jr.
1601 Worrell Street
Philadelphia, PA 19124

William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119