```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 18-13654-jkf
Felix A DeMuro, Jr.                                            Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2           Date Rcvd: Mar 06, 2019
                             Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db           +Felix A DeMuro, Jr.,    1601 Worrell Street,    Philadelphia, PA 19124-4425
14116302     +ALLSTATE INSURANCE,    P.O. BOX 2874,    Clinton, IA 52733-2874
14116300     +Access Credit Union,    Po Box 2206,   Bristol, PA 19007-8206
14116307     +CENTRAL CREDIT SERVICES, LLC,    9550 REGENCY SQUARE BLVD,    SUITE 500A,
               Jacksonville, FL 32225-8169
14116308     +Chase Card Services,   Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14116309     +Citibank/The Home Depot,   Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14116313    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services LLC,    Attn: President/CEO,    Po Box 81577,
               Austin, TX 78708)
14116312     +Delaware Title Loan,    115 Naamans Road,    Claymont, DE 19703-2713
14116317     +MIDLAND FUNDING, LLC,    530 WALNUT STREET,    Philadelphia, PA 19106-3645
14116318      National Penn Bank,   Philadelphia & Reading A,    Boyertown, PA 19512
14116321     +PA HOUSING FINANCE,    2101 N. FRONT STREET,    Harrisburg, PA 17110-1086
14116322     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14116325     +STERLING CREDIT CORP,    P.O. BOX 675,   Spring House, PA 19477-0675
14116330    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,   DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
               Greenville, SC 29606)
14116331     +WELTMAN, WEINBERG, & REIS,    170 S. INDEPENDENCE MALL W,    SUITE 874W,
               Philadelphia, PA 19106-3334
14167976      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
14116332      Wffnb/mattress Giant,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Mar 07 2019 02:53:25     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:52:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2019 02:53:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:53:55     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14116301     +E-mail/Text: EBNProcessing@afni.com Mar 07 2019 02:53:15     AFNI,    P.O. BOX 3427,
               Bloomington, IL 61702-3427
14116303     +E-mail/Text: broman@amhfcu.org Mar 07 2019 02:53:14     American Heritage Fcu,
               2060 Red Lion Rd,   Philadelphia, PA 19115-1699
14116310     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 07 2019 02:52:50     COMENITY,
               P.O. BOX 183043,   Columbus, OH 43218-3043
14116304     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2019 02:54:20      Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14116305     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2019 02:54:20      Capital One / Nautil,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14116306     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2019 02:54:21      Capital One/Helzberg,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14116311     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 07 2019 02:54:11      Credit One Bank,
               Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
14119415      E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:52:43     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14116314     +E-mail/Text: mrdiscen@discover.com Mar 07 2019 02:52:43     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
14116315     +E-mail/Text: cio.bncmail@irs.gov Mar 07 2019 02:52:46     IRS,    600 Arch Street,   Room 5200,
               Philadelphia, PA 19106-1611
14167254     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2019 02:53:09     MIDLAND FUNDING LLC,
               PO Box 2011,   Warren, MI 48090-2011
14116316     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 07 2019 02:53:09     Midland Funding,
               2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14127592     +E-mail/Text: ecfbankruptcy@progleasing.com Mar 07 2019 02:53:14     NPRTO North-East, LLC,
               256 West Data Drive,    Draper, UT 84020-2315
14116319     +E-mail/PDF: cbp@onemainfinancial.com Mar 07 2019 02:54:07     Onemain Financial,
               Attn: Bankruptcy,   Po Box 3251,    Evansville, IN 47731-3251
14116320     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2019 02:52:57     PA Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
14165638     +E-mail/Text: blegal@phfa.org Mar 07 2019 02:53:11     PENNSYLVANIA HOUSING FINANCE AGENCY,
               211 North Front Street,    Harrisburg, PA 17101-1406
14179963      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 03:20:34
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14116456     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2019 02:53:58
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14116323     +E-mail/Text: collections1@primewayfcu.com Mar 07 2019 02:53:46     Primeway Fcu,
               Attn: Bankruptcy,   Po Box 53088,    Houston, TX 77052-3088
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Mar 06, 2019
                              Form ID: pdf900             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14172370       +E-mail/Text: bncmail@w-legal.com Mar 07 2019 02:53:16      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14116324       +E-mail/Text: bankruptcy@bbandt.com Mar 07 2019 02:52:52      Shefffield Financial,
                 P.O. BOX 1847,    Wilson, NC 27894-1847
14125000        E-mail/Text: bankruptcy@bbandt.com Mar 07 2019 02:52:52      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
14116326       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:53:55      Synchrony Bank/Care Credit,
                 Attn:    Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14116327       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:53:56      Synchrony Bank/Lowes,
                 Attn:    Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14116328       +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2019 02:53:56      Synchrony Bank/PayPal Cr,
                 Attn:    Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14116329       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 07 2019 02:52:39
                 VERIZON WIRELESS,    P.O. BOX 25505,    Lehigh Valley, PA 18002-5505
14180092       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 07 2019 02:54:23       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Felix A DeMuro, Jr. ecfbc@comcast.net,
               paecfbc@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT   WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

FELIX   A   DE MURO JR

                                                      : Bankruptcy No. 18-13654JKF
     Debtor(s)                                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

        AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

BY THE COURT

**Date: March 6, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MITCHELL LEE CHAMBERS JR ESQ
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER RD    SUITE #5
BLACKWOOD NJ 08012-5213

FELIX   A   DE MURO JR
1601 WORRELL STREET
PHILADELPHIA, PA 19124